UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WYNN JONES (#405956)

VERSUS

WARDEN BENJAMIN, ET AL.

CIVIL ACTION

NO. 08-812-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 26, 2009 (doc. no. 5) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, without prejudice, as a result of the plaintiff's failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e.

Baton Rouge, Louisiana, May 20, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA